UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-449-GW (PJW), CV 16-1297-GW (PJW) | Date | February 26, 2016 |
|---|---|---|---|
| Title | *Delbert Paulino v. People of California;* *Delbert Paulino v. J. Soto, Warden* | | |

| Present: The Honorable | PATRICK J. WALSH | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause (In Chambers)

On January 20, 2016, Petitioner, represented by counsel, filed a habeas corpus petition in Case No. CV 16-449-GW (PJW), challenging his 2011 state convictions for first degree murder, second degree robbery, and kidnapping for robbery on the ground that his right to a jury drawn from a fair cross-section of the community was violated. Respondent was ordered to file an answer no later than March 23, 2016.

On February 12, 2016, Petitioner, this time representing himself, filed a new habeas petition, in Case No. CV 16-1297-GW (PJW), which also challenges his 2011 convictions. In the second petition, Petitioner contends that he was improperly denied discovery of the investigating police officers' personnel files, he was unlawfully placed in double jeopardy at his 2011 "retrial" on special circumstance allegations that were adjudicated by a jury at his first trial in 1997, and the jury was improperly instructed on his aiding and abetting liability, but does not raise the jury claim set forth in the first petition.

Petitioner may not proceed on two separate petitions challenging the same judgment and sentence. The Ninth Circuit Court of Appeals has held that a new pro se habeas petition filed while a first habeas petition is pending must be treated as a motion to amend the pending petition. *Woods v. Carey*, 525 F.3d 886, 888-90 (9th Cir. 2005). The complication here is that Petitioner's first petition was not filed pro se, but through counsel. The Court, therefore, is not certain of the intentions of Petitioner when it comes to the second petition. It is possible Petitioner intended to add the claims therein to the claim presented in his first petition. Alternatively, it is possible that Petitioner intended to supercede the first petition by filing the second. For these reasons, Petitioner and his counsel in Case No. CV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-449-GW (PJW), CV 16-1297-GW (PJW) | Date | February 26, 2016 |
|---|---|---|---|
| Title | *Delbert Paulino v. People of California; Delbert Paulino v. J. Soto, Warden* | | |

16-449-GW (PJW) are ordered to respond no later than **March 28, 2016** to inform the Court how Petitioner wishes to proceed, whether by requesting leave to amend his first petition to include the claims raised in his second petition or by dismissing one or both petitions. Respondent need not file an answer in Case No. CV 16-449-GW (PJW) until Petitioner makes his election known. Thereafter, the Court will issue an order regarding further briefing.

The Clerk is directed to attach a copy of the petition filed in Case No. CV 16-1297-GW (PJW) to this order.

Petitioner is forewarned that failure to respond to this order may result in both petitions being dismissed for failure to prosecute.

cc:

Delbert Paulino
CDCR K87655
CSP - Los Angeles County
P.O. Box 4490
Lancaster, CA 93539


Winston Kevin McKesson
Law Office of Winston
 K. McKesson
6080 Center Drive, Ste 652
Los Angeles, CA 90045

Ana R. Duarte
CAAG - Office of the Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013

                                                            _____ : _____
                                        Initials of Preparer       im

S:\PJW\Cases-State Habeas\PAULINO, D 1297\OSC 2nd successive.wpd