JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT PAULINO, | ) | CASE NO. CV 16-1297-GW(PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| J. SOTO, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed.

DATED: June 8, 2016.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA16CV01297GW-J.wpd